IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SPAM ARREST LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>RHINO SOFTWARE, INC., BOXBE, INC., DIGIPORTAL SOFTWARE, INC., and SENDIO, INC.,<br><br>         Defendants. | **CASE NO. 10-CV-669** |

**CERTIFICATE OF SERVICE**

I, Derek Linke, am counsel of record for Plaintiff Spam Arrest LLC and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default Judgment, Affidavit of Brian Cartmell in Support of Motion for Entry of Default Judgment and exhibits thereto, Affidavit of Derek Linke in Support of Motion for Entry of Default Judgment and Default Judgment to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

Sendio, Inc., c/o Registered Agent
c/o GKL Corporate/Search, Inc.
915 L St Ste 1250
Sacramento, CA 95814

Dated this 6th day of December, 2010.

_____
Derek Linke